**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-1893**

_____

MAI CHAPPEL,

            Plaintiff - Appellant,

      v.

XUAN NGUYEN; QUI TRINH,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Mark S. Davis, Chief District Judge.  (2:22-cv-00173-MSD-LRL)

_____

Submitted:  December 20, 2022                    Decided:  December 22, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed as modified by unpublished per curiam opinion.

_____

Mai Chappel, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mai Chappel appeals the district court's order dismissing her civil complaint for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we modify the district court's dismissal order, *Chappel v. Nguyen*, No. 2:22-cv-00173-MSD-LRL (E.D. Va. Aug. 8, 2022), to reflect that the dismissal is without prejudice, and we affirm the dismissal as modified. *See* 28 U.S.C. § 2106; *Ali v. Hogan*, 26 F.4th 587, 600 (4th Cir. 2022) (explaining that dismissal for lack of subject matter jurisdiction must be without prejudice). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*

2